SUCCESSION OF BETTY FELIX HELIS, by Esther Helis Henry and David A. Kerstein, Testamentary Co-Executors, Plaintiff–Cross Appellant,

v.

UNITED STATES, Defendant–Appellant.

Nos. 03–5109, 03–5110.

United States Court of Appeals, Federal Circuit.

June 10, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).